**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER OLIVER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2465** |
| | : | |
| **NORRISTOWN STATE** | : | |
| **HOSPITAL, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 19th day of October 2026, upon consideration of Christopher Oliver's pro se Amended Complaint (ECF No. 10) and Second Amended Complaint (ECF No. 14), as well as the Motion for Appointment of Counsel (ECF No. 9), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to update Oliver's address on the docket to: Christopher Oliver, #1993-1612, Berks County Jail System, 1287 County Welfare Rd., Leesport, PA 19533-9397, as set forth in the Notice of Change of Address filed by Oliver on June 11, 2026 (ECF No. 8) and the Second Amended Complaint.

2. For the reasons stated in the Court's accompanying Memorandum, the Second Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. The Motion for Appointment of Counsel (ECF No. 9) is **DENIED** as moot.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL, J.**